NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALKER DIGITAL, LLC,**
*Plaintiff-Appellant,*

v.

**MICROSOFT CORPORATION AND HEWLETT-PACKARD COMPANY,**
*Defendants-Appellees,*

AND

**DELL INC.,**
*Defendant.*

---

2011-1419

---

Appeal from the United States District Court for the Central District of California in case no. 09-CV-7514, Judge Philip S. Gutierrez.

---

## ON MOTION

---

## ORDER

Walker Digital, LLC moves without opposition to dismiss Dell Inc. from this appeal.

Because Dell was a party in the trial court, we keep it in the caption in this appeal but identify it only as a defendant in the caption. Fed. R. App. P. 12(a).

Accordingly,

IT IS ORDERED THAT:

The motion is granted to the extent that the revised official caption is reflected above.

FOR THE COURT

**AUG 2 5 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Gregory P. Stone, Esq.

Roderick G. Dorman, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**AUG 2 5 2011**

**JAN HORBALY**
**CLERK**